**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Emmanuel ADEBAIKE, Respondent.**

Supreme Court of Pennsylvania.

Oct. 6, 2005.

*ORDER*

PER CURIAM.

**AND NOW,** this 6th day of October, 2005, the Petition for Allowance of Appeal is **GRANTED** and the order of the Superior Court is **REVERSED.** *Commonwealth v. Wallace,* 582 Pa. 234, 870 A.2d 838 (2005).